UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIA LAZUKINA,<br><br>Defendant. | Case No. 1:20-cr-00223-DCN<br><br>**AMENDED ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

The Court has before it counsel's Joint Motion to Continue Jury Trial. Dkt. 30. On April 20, 2021, the Court designated this case as complex. In Counsel's latest motion, they explain that they need additional time to complete the investigation, review discovery and prepare for trial.

Under these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the period of time between the filing of the motion to continue (Dkt. 30) and the new trial date is excludable time under the Speedy Trial Act.

**AMENDED** ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL - 1

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Continue Jury (Dkt. 30) shall be, and the same is hereby **GRANTED**, and that the present trial date be VACATED, and that a new trial be set for **May 15, 2023, at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the filing of the motion to continue (Dkt. 30) and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **May 2, 2023, at 4:00 p.m. (mountain time).** The Government shall place the call to (208) 478-8391 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions, except Motions in Limine, shall be filed on or before **March 31, 2023.** Motions in Limine shall be filed on or before **April 15, 2023**.

DATED: January 26, 2022

David C. Nye
Chief U.S. District Court Judge